UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHNNY L. COLEMAN                                                                          PETITIONER

V.                                                                    CIVIL ACTION NO. 3:09CV322 DPJ-FKB

DANNY R. SCOTT AND JIM HOOD                                                      RESPONDENTS

JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 23th day of March, 2010.

                                                   s/ *Daniel P. Jordan III*
                                                 UNITED STATES DISTRICT JUDGE